UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BACCARI on behalf of himself and others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>SUNPATH, LTD. and LAND & SKY INVESTMENTS LLC d/b/a AFFORDABLE AUTOMOTIVE SOLUTIONS,<br><br>             Defendants. | Civil Action No. 1:20-cv-11510-DJC |

**UNOPPOSED MOTION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants SunPath, Ltd. and Land & Sky Investments LLC d/b/a Affordable Automotive Solutions, by and through their counsel, hereby move that the Court extend Defendants' time to answer or otherwise respond to the First Amended Complaint up to and including October 26, 2020.  In support of this unopposed motion, the Defendants state the following:

    1.     Plaintiff filed the First Amended Complaint in the above-captioned matter on August 25, 2020.

    2.     Defendant Land & Sky Investments LLC d/b/a Affordable Automotive Solutions agreed to waive service under Rule 4(d) of the Federal Rules of Civil Procedure.  In exchange, the parties agreed that Plaintiff would not oppose Defendants' request that the Court extend the date for all Defendants to answer or otherwise respond to the Complaint up to and including

October 26, 2020.

WHEREFORE, Defendants' Motion should be granted and their deadline to answer or otherwise respond to the Amended Complaint should be extended to October 26, 2020.

Respectfully submitted,

SUNPATH, LTD. and LAND & SKY INVESTMENTS LLC d/b/a AFFORDABLE AUTOMOTIVE SOLUTIONS,

By their attorneys,

*/s/ Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Jillian E. Carson, BBO No. 698505
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
(617) 500-8660 Telephone
(617) 500-8665 Facsimile
sriden@beckreed.com
jcarson@beckreed.com

Dated: September 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on September 8, 2020, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

*/s/ Stephen D. Riden*

## **L.R. 7.1(a)(2) CERTIFICATE**

  I certify pursuant to Local Rule 7.1(a)(2) that, on August 25, 2020, counsel for the parties conferred by email and attempted in good faith to resolve or narrow the issues presented by this Motion. Plaintiff's counsel has indicated that Plaintiff does not oppose the relief requested in this Motion.

                */s/ Stephen D. Riden*