## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY BACCARI on behalf of themselves and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:20-cv-11510-DJC |
| | : | |
| v. | : | |
| | : | |
| SUNPATH, LTD. and LAND & SKY INVESTMENTS LLC d/b/a AFFORDABLE AUTOMOTIVE SOLUTIONS | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SETTLEMENT

The Plaintiff Anthony Baccari files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and the Plaintiff intends to file a Notice of Dismissal by December 4, 2020.


Dated: November 20, 2020     PLAINTIFFS,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

1

CERTIFICATE OF SERVICE

I, hereby certify that on November 20, 2020, I filed the foregoing with the Court's

CM/ECF system, which served the same on the counsel of record.


*/s/ Anthony Paronich*
Anthony Paronich